**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARLO CICCONE, | ) | CASE NO. 1: 09 CV 446 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| MEMBERHEALTH, LLC, | ) | <u>JUDGMENT</u> |
| | ) | |
| Defendant. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Report and Recommendation of Magistrate Judge Nancy A. Vecchiarelli is ADOPTED (ECF # 15), and Defendant's Motion to Dismiss is GRANTED (ECF # 4). Specifically, the Report and Recommendation is ADOPTED in its entirety (ECF # 15), and Defendant's Motion to Dismiss is GRANTED as to Count III of the Amended Complaint (ECF # 4). Plaintiff's remaining claims are hereby REMANDED to the Court of Common Pleas for Cuyahoga County, Ohio. This case is TERMINATED.

   IT IS SO ORDERED.

                              *s/ Donald C. Nugent*
                              DONALD C. NUGENT
                              United States District Judge

   DATED: <u>June 12, 2009</u>